IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN AMUNDSON,<br><br>Defendant. | CR-18-88-BLG-SPW-2<br><br><br>ORDER GRANTING EARLY<br>TERMINATION OF SUPERVISED<br>RELEASE |

Upon Defendant's Motion for Early Termination of Supervised Release (Doc. 133) and pursuant to Title 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good causing appearing,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Steven Amundson's, term of supervised release is terminated as of the date of this order.

DATED this _11_ day of July, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE